Frank R. OWENS, Appellant,

v.

Verlyn ISAAC; Jean Evan; c/o Phillip; Mike Bickford; William Soupene; Kevin Hagemann; Marilee S. Giegerich; K. Clark; Stephen Salviati; Tyrone Bontrager; Raymond Turano; Samuel Fierro; Larry J. Theilen; Lt. Pasker; Randy Oldenburger; Tom Luensman; Dan Dietiker; Steve Lynch; William Rindy; c/o Baker; Kathy Condon; Jerry Burt; Steven Wendl; Jake Noonan, Appellees.

No. 08–3989.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2009.

Filed: May 12, 2009.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Iowa inmate Frank R. Owens appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 499 (8th Cir.2008) (de novo review), we find no basis for overturning the

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

district court's determination that Owens had not administratively exhausted his conditions-of-confinement claims, and we conclude summary judgment was proper on his claims arising from prison disciplinary matters and from his December 2006 transfer to the Iowa State Prison. Accordingly, we affirm. *See* 8th Cir. R. 47B.